LOWE McCOMAS v. STATE.

No. A-630.   Opinion Filed May 23, 1911.

Appeal from Canadian County Court; H. L. Fogg, Judge.

Lowe McComas was convicted of violating the prohibitory law, and appeals.   Appeal dismissed.

Phelps & Cope, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.   Plaintiff in error was convicted at the October, 1909, term of the county court of Canadian county on a charge of selling intoxicating liquor, and his punishment fixed at a fine of fifty dollars and costs, and imprisonment in the county jail for a period of thirty days.   The Assistant Attorney General has shown the court that the plaintiff in error has been paroled by the Governor of Oklahoma, and asks that this appeal be dismissed.   The record will not be.reviewed on appeal when the appellant has applied for or secured executive clemency.   The appeal in this case is hereby dismissed.

BOB BALL v. STATE.

No. A-596.   Opinion Filed May 23, 1911.

Appeal from Tulsa County Court; N. J. Gubser, Judge.

PER CURIAM.   Appellant .was convicted for a violation of the prohibitory liquor law, and his punishment assessed at a fine of $50, and a confinement of 30 days in the county jail.   No appearance has been made for appellant in this court.   What purports to be the case-made, does not contain a statement of the evidence introduced in the lower court.   We find no error in the information, the instructions of the court, or the judgment.   The judgment of the lower court is, therefore, affirmed.